### The People v. Harry Croswell.

THE defendant had been convicted before his honour, Chief-Justice L E w i s, at the last circuit, held in and for the county of *Columbia,* on an indictment for a libel on the President of the *United States.* The proceedings were originally commenced before the justices in general sessions, from whence they were removed into this court, and went down to the circuit in the usual manner. On his conviction recognizances were taken for his appearance the first day of term to receive judgment, but his counsel considering the chief-justice to have totally misdirected the jury, were rather at a loss how to bring the matter before this court. It was resolved by the bench, that on the cause being brought up and sent down to the circuit, the suit, though in its nature a criminal prosecution, took the course of a civil action; that within the first four days of the term ensuing the conviction, a motion in arrest of judgment might be made, or the parties may make a case, and bring every thing fully before the court. This measure they advised, as being in the present instance more explicit, and it being adopted, they gave day till the fourth day of next term, taking recognizances from the defendant and two others for his due appearance, himself in 500 dollars, his sureties in 250 dollars each.